IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIVX, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 20-1202-CFC-JLH |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| LG ELECTRONICS INC.; LG | ) |
| ELECTRONICS U.S.A., INC., and | ) |
| REALTEK SEMICONDUCTOR CORP., | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR JUDGEMNT ON THE PLEADINGS

Pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, Defendant Realtek Semiconductor Corp. ("Realtek" or "Defendant") hereby moves for judgment on the pleadings because the claims of U.S. Patent Nos. 10,212,486, 10,484,749, 10,412,141, and 8,832,297 are patent-ineligible under 35 U.S.C. § 101. The grounds for this motion are set forth in Defendant's opening memorandum of points and authorities, submitted herewith.

{01666495;v1 }

|  |  |
|---|---|
|  | ASHBY & GEDDES |
|  | /s/ John G. Day |
|  | _____ |
| *Of Counsel:* | John G. Day (#2114) |
|  | Andrew C. Mayo (#5207) |
| Robert J. Benson | 500 Delaware Avenue, 8th Floor |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | P.O. Box 1150 |
| 2050 Main Street, Suite 1100 | Wilmington, DE 19899 |
| Irvine, CA 92614-8255 | (302) 654-188 |
| (949) 567-6700 | jday@ashbygeddes.com |
|  | amayo@ashbygeddes.com |

*Of Counsel:*

Robert J. Benson
ORRICK, HERRINGTON & SUTCLIFFE LLP
2050 Main Street, Suite 1100
Irvine, CA 92614-8255
(949) 567-6700

Christopher J. Higgins
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005
(202) 339-8400

Theodore Angelis
K & L Gates, LLP
925 4th Avenue, Suite 2900
Seattle, WA 98104
(206) 623-7580

Jay Chih-Fan Chiu
K & L Gates, LLP
1 Park Plaza, Twelfth Floor
Orange County, CA 92614
(949) 253-0900

Jason Engel
K & L Gates, LLP
70 West Madison Street, Suite 3300
Chicago, IL 60602-4243
(312) 807-4263

Dated: March 2, 2021

ASHBY & GEDDES

*/s/ John G. Day*
_____
John G. Day (#2114)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-188
jday@ashbygeddes.com
amayo@ashbygeddes.com

*Attorneys for Defendant
Realtek Semiconductor Corp.*

|  | ASHBY & GEDDES |
|---|---|
|  | */s/ John G. Day* |
|  | _____ |
| *Of Counsel:* | John G. Day (#2114) |
|  | Andrew C. Mayo (#5207) |
| Robert J. Benson | 500 Delaware Avenue, 8th Floor |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | P.O. Box 1150 |
| 2050 Main Street, Suite 1100 | Wilmington, DE 19899 |
| Irvine, CA 92614-8255 | (302) 654-188 |
| (949) 567-6700 | jday@ashbygeddes.com |
|  | amayo@ashbygeddes.com |
| Christopher J. Higgins |  |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | *Attorneys for Defendant* |
| Columbia Center | *Realtek Semiconductor Corp.* |
| 1152 15th Street, N.W. |  |
| Washington, D.C. 20005 |  |
| (202) 339-8400 |  |
| Theodore Angelis |  |
| K & L Gates, LLP |  |
| 925 4th Avenue, Suite 2900 |  |
| Seattle, WA 98104 |  |
| (206) 623-7580 |  |
| Jay Chih-Fan Chiu |  |
| K & L Gates, LLP |  |
| 1 Park Plaza, Twelfth Floor |  |
| Orange County, CA 92614 |  |
| (949) 253-0900 |  |
| Jason Engel |  |
| K & L Gates, LLP |  |
| 70 West Madison Street, Suite 3300 |  |
| Chicago, IL 60602-4243 |  |
| (312) 807-4263 |  |

Dated: March 2, 2021