# EXHIBIT B

### UNITED STATES INTERNATIONAL TRADE COMMISSION
### Washington, D.C.

| | |
|---|---|
| **In the Matter of**<br><br>**CERTAIN VIDEO PROCESSING DEVICES, COMPONENTS THEREOF, AND DIGITAL SMART TELEVISIONS CONTAINING THE SAME** | **Inv. No. 337-TA-1222** |

### NOTICE OF INSTITUTION OF INVESTIGATION

Institution of Investigation Pursuant to 19 U.S.C. 1337

**AGENCY**:  U.S. International Trade Commission

**ACTION**:  Notice

**SUMMARY**:  Notice is hereby given that a complaint was filed with the U.S. International Trade Commission on September 10, 2020, under section 337 of the Tariff Act of 1930, as amended, on behalf of DivX, LLC of San Diego, California.  The complaint was supplemented on September 15 and 22, 2020.  The complaint alleges violations of section 337 based upon the importation into the United States, the sale for importation, and the sale within the United States after importation of certain video processing devices, components thereof, and digital smart televisions containing the same by reason of infringement of one or more claims of U.S. Patent No. 8,832,297 ("the '297 patent"); U.S. Patent No. 10,212,486 ("the '486 Patent); U.S. Patent No. 10,412,141 ("the '141 patent"); and U.S. Patent No. 10,484,749 ("the '749 patent").  The complaint further alleges that an industry in the United States exists or is in the process of being established as required by the applicable Federal Statute.

The complainant requests that the Commission institute an investigation and, after the investigation, issue a limited exclusion order and cease and desist orders.

**ADDRESSES**:  The complaint, except for any confidential information contained therein, may be viewed on the Commission's electronic docket (EDIS) at https://edis.usitc.gov. For help accessing EDIS, please email EDIS3Help@usitc.gov. Hearing impaired individuals are advised that information on this matter can be obtained by contacting the Commission's TDD terminal on (202) 205-1810. Persons with mobility impairments who will need special assistance in gaining access to the Commission should contact the Office of the Secretary at (202) 205-2000. General information concerning the Commission may also be obtained by accessing its internet server at https://www.usitc.gov.

**FOR FURTHER INFORMATION CONTACT**:  Katherine Hiner, Office of Docket Services, U.S. International Trade Commission, telephone (202) 205-1802.

**SUPPLEMENTARY INFORMATION**:

**AUTHORITY**:  The authority for institution of this investigation is contained in section 337 of the Tariff Act of 1930, as amended, 19 U.S.C. 1337, and in section 210.10 of the Commission's Rules of Practice and Procedure, 19 C.F.R. 210.10 (2020).

**SCOPE OF INVESTIGATION**:  Having considered the complaint, the U.S. International Trade Commission, on October 13, 2020, 2020, **ORDERED THAT** –

(1)  Pursuant to subsection (b) of section 337 of the Tariff Act of 1930, as amended, an investigation be instituted to determine whether there is a violation of subsection (a)(1)(B) of section 337 in the importation into the United States, the sale for importation, or the sale within the United States after importation of certain products identified in paragraph (2) by reason of infringement of one or more of claims 1-11, 14-29, and 32-39 of the '297 patent; claims 1-5, 7-10, 13-19, and 21-25 of the '486 patent; claims 1-3, 5-11, 20-22, and 26-30 of the '141 patent; claims 1-18 of the '749 patent; and whether an industry in the United States exists as required by subsection (a)(2) of section 337;

(2)  Pursuant to section 210.10(b)(1) of the Commission's Rules of Practice and Procedure, 19 C.F.R. 210.10(b)(1), the plain language description of the accused products or category of accused products, which defines the scope of the investigation, is:  "video processing devices, consisting of printed circuit board assemblies for use in video processing in digital smart televisions and associated software and/or firmware, components thereof, consisting of integrated circuits containing video processors and associated software and/or firmware, and digital smart televisions containing the same, consisting of digital smart televisions containing such video processing devices and/or components";

(3)  For the purpose of the investigation so instituted, the following are hereby named as parties upon which this notice of investigation shall be served:

(a)  The complainant is:

DivX, LLC
4350 La Jolla Village Drive
Suite 950
San Diego, CA 92122

(b)  The respondents are the following entities alleged to be in violation of section 337, and are the parties upon which the complaint is to be served:

Samsung Electronics Co., Ltd.
129, Samsung-Ro, Maetan-3dong, Yeongtong-Gu
Suwon-si, Gyeonggi-do, 16677
Rep. of Korea

Samsung Electronics America, Inc.
85 Challenger Road
Ridgefield Park, NJ 07660

Samsung Electronics HCMC CE Complex,
Co., Ltd.
Lot I-11, D2 Road
Saigon Hi-Tech Park
Tang Nhon Phu B Ward
District 9
Ho Chi Minh City, 700000
Vietnam

LG Electronics Inc.
LG Twin Tower
128, Yeoui-daero
Yeongdeungpo-gu, Seoul, 07336
Rep. of Korea

LG Electronics USA, Inc.
1000 Sylvan Avenue
Englewood Cliffs, NJ 07632

TCL Corporation
TCL Technology Building
No. 17 Huifeng 3rd Road
Zhongkai High-Tech Development District
Huizhou, Guangdong, 516001
China

TCL Technology Group Corporation
TCL Technology Building
22/F, No. 17 Huifeng 3rd Road
Zhongkai High-Tech Development District
Huizhou, Guangdong, 516001
China

TCL Electronics Holdings Limited
9 Floor, TCL Electronics Holdings Limited Building
TCL International E City
#1001 Zhongshan Park Road
Nanshan District
Shenzhen, Guangdong, 518067
China

3

TTE Technology, Inc.
1860 Compton Avenue
Corona, CA 92881

Shenzhen TCL New Technologies Co. Ltd.
9 Floor, TCL Electronics Holdings Limited Building
TCL International E City
#1001 Zhongshan Park Road
Nanshan District
Shenzhen, Guangdong, 518067
China

TCL King Electrical Appliances (Huizhou) Co. Ltd.
No. 78, 4th Huifeng Rd
Zhongkai New & High-Tech Industries Development Zone
Huizhou, Guangdong, 516006
China

TCL MOKA International Limited
7/F Hong Kong Science Park
Building 22 E
22 Science Park East Avenue
Sha Tin, New Territories
Hong Kong (SAR)

TCL Smart Device (Vietnam) Co., Ltd
No. 26 VSIP II-A, Street 32
Vietnam Singapore Industrial Park II-A
Tan Binh Commune
Bac Tan Uyen District
Binh Duong Province, 75000
Vietnam

MediaTek Inc.
No. 1, Dusing 1st Road
Hsinchu Science Park
Hsinchu City, 30078
Taiwan

MediaTek USA Inc.
2840 Junction Avenue
San Jose, California 95134
United States

MStar Semiconductor, Inc.
4F-1, No. 26, Tai-Yuan St.
ChuPei City
Hsinchu Hsien 302
Taiwan

Realtek Semiconductor Corp.
No. 2, Innovation Road II
Hsinchu Science Park
Hsinchu 300
Taiwan

(4)  For the investigation so instituted, the Chief Administrative Law Judge, U.S. International Trade Commission, shall designate the presiding Administrative Law Judge.

The Office of Unfair Import Investigations will not participate as a party in this investigation.

Responses to the complaint and the notice of investigation must be submitted by the named respondents in accordance with section 210.13 of the Commission's Rules of Practice and Procedure, 19 C.F.R. 210.13.  Pursuant to 19 C.F.R. 201.16(e) and 210.13(a), as amended in 85 Fed. Reg. 15798 (March 19, 2020), such responses will be considered by the Commission if received not later than 20 days after the date of service by the complainant of the complaint and the notice of investigation.  Extensions of time for submitting responses to the complaint and the notice of investigation will not be granted unless good cause therefor is shown.

Failure of a respondent to file a timely response to each allegation in the complaint and in this notice may be deemed to constitute a waiver of the right to appear and contest the allegations of the complaint and this notice, and to authorize the administrative law judge and the Commission, without further notice to the respondent, to find the facts to be as alleged in the complaint and this notice and to enter an initial determination and a final determination containing such findings, and may result in the issuance of an exclusion order or a cease and desist order or both directed against the respondent.

By order of the Commission.

Lisa R. Barton
Secretary to the Commission

Issued:   October 14, 2020

5

**CERTAIN VIDEO PROCESSING DEVICES, COMPONENTS**          **Inv. No. 337-TA-1222**
**THEREOF, AND DIGITAL SMART TELEVISIONS**
**CONTAINING THE SAME**

## PUBLIC CERTIFICATE OF SERVICE

      I, Lisa R. Barton, hereby certify that the attached **INSTITUTION OF INVESTIGATION** has been served upon the following parties as indicated, on **October 14, 2020.**

Lisa R. Barton, Secretary
U.S. International Trade Commission
500 E Street, SW, Room 112
Washington, DC  20436

**Complainant:**

DivX, LLC                                                    ☐ Via Hand Delivery
4350 La Jolla Village Drive                    ☐ Via Express Delivery
Suite 950                                                  ☐ Via First Class Mail
San Diego, CA 92122                            ☒ Other: Email Notification
                                              of Availability for Download

**On Behalf of Complainant:**

Michael T. Renaud, Esq.                        ☐ Via Hand Delivery
**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC**   ☐ Via Express Delivery
One Financial Center                           ☐ Via First Class Mail
Boston, MA 02111                               ☒ Other: Email Notification
Email: MTRenaud@mintz.com               of Availability for Download

**Respondents:**

Samsung Electronics Co., Ltd.              ☐ Via Hand Delivery
129, Samsung-Ro, Maetan-3dong, Yeongtong-Gu   ☐ Via Express Delivery
Suwon-si, Gyeonggi-do, 16677             ☐ Via First Class Mail
Rep. of Korea                                       ☒ Other: Service to Be
                                              Completed by Complainant

Samsung Electronics America, Inc.        ☐ Via Hand Delivery
85 Challenger Road                               ☐ Via Express Delivery
Ridgefield Park, NJ 07660                     ☐ Via First Class Mail
                                              ☒ Other: Service to Be
                                            Completed by Complainant

**CERTAIN VIDEO PROCESSING DEVICES, COMPONENTS**    **Inv. No. 337-TA-1222**
**THEREOF, AND DIGITAL SMART TELEVISIONS**
**CONTAINING THE SAME**
Certificate of Service – Page 2

| | |
|---|---|
| Samsung Electronics HCME CE Complex, Co. Ltd.<br>Lot I-11, D2 Road, Saigon Hi-Tech Park, Tang Nhon Phu B.<br>Ward, District 9, Ho Chi Minh City, 700000<br>Vietnam | ☐ Via Hand Delivery<br>☐ Via Express Delivery<br>☐ Via First Class Mail<br>☒ Other: Service to Be Completed by Complainant |
| LG Electronics Inc.<br>LG Twin Tower, 128, Teoui-daero,<br>Yeongdeungpo-gu, Seoul, 07336<br>Rep. of Korea | ☐ Via Hand Delivery<br>☐ Via Express Delivery<br>☐ Via First Class Mail<br>☒ Other: Service to Be Completed by Complainant |
| LG Electronics USA, Inc.<br>1000 Sylvan Avenue<br>Englewood Cliffs, NJ 07632 | ☐ Via Hand Delivery<br>☐ Via Express Delivery<br>☐ Via First Class Mail<br>☒ Other: Service to Be Completed by Complainant |
| TCL Corporation<br>TCL Technology Building, No. 17 Huifeng 3rd Road<br>Zhongkai High-Tech Development District<br>Huizhou, Guangdong, 516001<br>China | ☐ Via Hand Delivery<br>☐ Via Express Delivery<br>☐ Via First Class Mail<br>☒ Other: Service to Be Completed by Complainant |
| TCL Technology Group Corporation<br>TCL Technology Building, 22/F, No. 17 Huifeng 3rd Road<br>Zhongkai High-Tech Development District<br>Huizhou, Guangdong, 516001<br>China | ☐ Via Hand Delivery<br>☐ Via Express Delivery<br>☐ Via First Class Mail<br>☒ Other: Service to Be Completed by Complainant |
| TCL Electronic Holdings Limited<br>9th Floor, TCL Electronics Holdings Limited Building<br>TCL International E City, #1001 Zhongshan Park Road<br>Nanshan District, Shenzhen, Guangdong, 518067<br>China | ☐ Via Hand Delivery<br>☐ Via Express Delivery<br>☐ Via First Class Mail<br>☒ Other: Service to Be Completed by Complainant |
| TTE Technology, Inc.<br>1860 Compton Avenue<br>Corona, CA 92881 | ☐ Via Hand Delivery<br>☐ Via Express Delivery<br>☐ Via First Class Mail<br>☒ Other: Service to Be Completed by Complainant |

**CERTAIN VIDEO PROCESSING DEVICES, COMPONENTS**    **Inv. No. 337-TA-1222**
**THEREOF, AND DIGITAL SMART TELEVISIONS**
**CONTAINING THE SAME**
Certificate of Service – Page 3

Shenzhen TCL New Technologies Co. Ltd.
9th Floor, TCL Electronics Holdings Limited Building
TCL International E City, #1001 Zhongshan Park Road
Nanshan District, Shenzhen, Guangdong, 518067
China

☐ Via Hand Delivery
☐ Via Express Delivery
☐ Via First Class Mail
☒ Other: Service to Be
Completed by Complainant

TCL King Electrical Appliances (Huizhou) Co. Ltd.
No. 78, 4th Huifeng Rd., Zhongkai
New & High-Tech Industries Development Zone
Huizhou, Guangdong, 516006
China

☐ Via Hand Delivery
☐ Via Express Delivery
☐ Via First Class Mail
☒ Other: Service to Be
Completed by Complainant

TCL MOKA International Limited
7/F Hong Kong Science Park
Building 22 E
22 Science Park East Avenue
Sha Tin, New Territories
Hong Kong (SAR)

☐ Via Hand Delivery
☐ Via Express Delivery
☐ Via First Class Mail
☒ Other: Service to Be
Completed by Complainant

TCL Smart Device (Vietnam) Co., Ltd.
No. 26 VSIP II-A, Street 32
Vietnam Singapore Industrial Park II-A, Tan Binh Commune
Bac Tan Uyen District, Binh Duong Province, 75000
Vietnam

☐ Via Hand Delivery
☐ Via Express Delivery
☐ Via First Class Mail
☒ Other: Service to Be
Completed by Complainant

MediaTek Inc.
No. 1 Dusing 1st Road, Hsinch Science Park
Hsinchu City, 30078
Taiwan

☐ Via Hand Delivery
☐ Via Express Delivery
☐ Via First Class Mail
☒ Other: Service to Be
Completed by Complainant

MediaTek USA Inc.
2840 Junction Avenue
San Jose, CA 95134

☐ Via Hand Delivery
☐ Via Express Delivery
☐ Via First Class Mail
☒ Other: Service to Be
Completed by Complainant

MStar Semiconductor, Inc.
4F-1, No. 26, Tai-Yuan St., ChuPei City
Hsinchu Hsien 302
Taiwan

☐ Via Hand Delivery
☐ Via Express Delivery
☐ Via First Class Mail

**CERTAIN VIDEO PROCESSING DEVICES, COMPONENTS**  **Inv. No. 337-TA-1222**
**THEREOF, AND DIGITAL SMART TELEVISIONS**
**CONTAINING THE SAME**
Certificate of Service – Page 4

             ☒ Other: Service to Be
             Completed by Complainant

Realtek Semiconductor Corp.     ☐ Via Hand Delivery
No. 2, Innovation Road II      ☐ Via Express Delivery
Hsinchu Science Park, Hsinchu 300  ☐ Via First Class Mail
Taiwan            ☒ Other: Service to Be
             Completed by Complainant

**<u>Embassy:</u>**

Embassy of China       ☐ Via Hand Delivery
3505 International Place, NW   ☐ Via Express Delivery
Washington, DC 20008     ☐ Via First Class Mail
             ☒ Other: Service to Be
             Completed by Complainant

Embassy of Korea       ☐ Via Hand Delivery
2450 Massachusetts Avenue, NW  ☐ Via Express Delivery
Washington, DC 20008     ☐ Via First Class Mail
             ☒ Other: Service to Be
             Completed by Complainant

Embassy of Vietnam      ☐ Via Hand Delivery
1233 20th Street, NW, Suite 400   ☐ Via Express Delivery
Washington, DC 20036     ☐ Via First Class Mail
             ☒ Other: Service to Be
             Completed by Complainant

**<u>Economic Offices:</u>**

Hong Kong Economic and Trade Office ☐ Via Hand Delivery
1520 18th, NW         ☐ Via Express Delivery
Washington, DC 20036     ☐ Via First Class Mail
             ☒ Other: Service to Be
             Completed by Complainant

Taipei Economic & Cultural Representative Office ☐ Via Hand Delivery
4201 Wisconsin Avenue, NW   ☐ Via Express Delivery
Washington, DC 20016     ☐ Via First Class Mail
             ☒ Other: Service to Be

**CERTAIN VIDEO PROCESSING DEVICES, COMPONENTS**          **Inv. No. 337-TA-1222**
**THEREOF, AND DIGITAL SMART TELEVISIONS**
**CONTAINING THE SAME**
Certificate of Service – Page 5

Completed by Complainant

**<u>Government Agencies:</u>**

Lynda Marshall                                                ☐ Via Hand Delivery
International Section, Antitrust Division                       ☐ Via Express Delivery
U.S. Department of Justice                                     ☐ Via First Class Mail
450 5th Street NW, Room 11000                                 ☒ Other: Email Notification
Washington, DC 20530                                          of Availability for Download

U.S. Bureau of Customs and Border Protection                   ☐ Via Hand Delivery
Intellectual Property Rights Branch                            ☐ Via Express Delivery
Mint Annex Building                                           ☐ Via First Class Mail
799 9th Street, NW, 7th floor                                 ☒ Other: Email Notification
Washington, DC 20229                                          of Availability for Download

Elizabeth Kraus, Deputy Director                              ☐ Via Hand Delivery
International Antitrust, Office of International Affairs        ☐ Via Express Delivery
Federal Trade Commission                                      ☐ Via First Class Mail
600 Pennsylvania Avenue, Room 498                             ☒ Other: Email Notification
Washington, DC 20580                                          of Availability for Download

Dale D. Berkley, Ph.D., J.D.                                  ☐ Via Hand Delivery
Office of the General Counsel, PHD, NIH Branch                ☐ Via Express Delivery
National Institutes of Health                                 ☐ Via First Class Mail
31 Center Drive                                               ☒ Other: Email Notification
Bldg. 31, Rm. 47                                              of Availability for Download
Bethesda, MD 20892



# UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436

October 14, 2020

Michael T. Renaud
Mintz Levin Cohn Ferris, Glovsky and Popeo PC
One Financial Center
Boston, MA 02111

**Re:** **Certain Video Processing Devices, Components Thereof, and Digital Smart Televisions Containing the Same**
**Inv. No. 337-TA-1222**

Dear Michael T. Renaud:

This letter is to advise you that the U.S. International Trade Commission has instituted an investigation pursuant to section 337 of the Tariff Act of 1930 (19 U.S.C. 1337). A copy of the Commission's notice of investigation is enclosed. Also enclosed is the Section 337 Mediation Program brochure. After reviewing the brochure, please sign and return the enclosed certification of receipt.

Sincerely,

Lisa R. Barton
Secretary

Enclosures:
1. Notice of Investigation
2. Publication Regarding the Section 337 Mediation Program
3. Certification of Receipt of Mediation Materials



## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436

October 14, 2020

DivX, LLC
4350 La Jolla Village Drive Suite 950
San Diego, CA 92122

**Re:     Certain Video Processing Devices, Components Thereof, and Digital Smart Televisions Containing the Same**
**Inv. No. 337-TA-1222**

Dear Sir/Madam:

This letter is to advise you that the U.S. International Trade Commission has instituted an investigation pursuant to section 337 of the Tariff Act of 1930 (19 U.S.C. 1337).  A copy of the Commission's notice of  investigation is enclosed.  Also enclosed is the Section 337 Mediation Program brochure.  After reviewing the brochure, please sign and return the enclosed certification of receipt.

Sincerely,

Lisa R. Barton
Secretary

Enclosures:
1.  Notice of Investigation
2.  Publication Regarding the Section 337 Mediation Program
3.  Certification of Receipt of Mediation Materials



## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436
October 14, 2020

Samsung Electronics Co., Ltd.
129, Samsung-Ro, Maetan-3dong Yeongton-Gu
Suwon-Si, Gyeonggi-do, 16677
South Korea

**Re:    Certain Video Processing Devices, Components Thereof, and Digital Smart
Televisions Containing the Same
Inv.  No. 337-TA-1222**

Dear Sir/Madam:

This letter is to advise you that the United States International Trade Commission has instituted an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C. 1337). **Samsung Electronics Co., Ltd.** is a named respondent in this investigation.

We are hereby serving you with a copy of the Complaint and the Notice of Investigation issued in this matter.  Enclosed is a copy of the Code of Federal Regulations.  Also enclosed is a the Section 337 Mediation Program brochure.  After reviewing this brochure, please sign and return the enclosed certification of receipt.

Please note that the Notice requires a response to the allegations in the Complaint and the response must be received not later than twenty (20) days after the date of service of the Complaint.  Failure to file a response may result in inferences being drawn against your interests.

Sincerely,

Lisa R. Barton
Secretary

Enclosures:
1. Complaint
2. Notice of Investigation
3. Code of Federal Regulation
4. Publication Regarding the Section 337 Mediation Program
5. Certification of Receipt of Mediation Materials



## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436
October 14, 2020

Samsung Electronics America, Inc.
85 Challenger Road
Ridgefield Park, NJ 07660

**Re:    Certain Video Processing Devices, Components Thereof, and Digital Smart
        Televisions Containing the Same
        Inv.  No.  337-TA-1222**

Dear Sir/Madam:

This letter is to advise you that the United States International Trade Commission has instituted
an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C. 1337). **Samsung
Electronics America, Inc.** is a named respondent in this investigation.

We are hereby serving you with a copy of the Complaint and the Notice of Investigation issued
in this matter.  Enclosed is a copy of the Code of Federal Regulations.  Also enclosed is a the
Section 337 Mediation Program brochure.  After reviewing this brochure, please sign and return
the enclosed certification of receipt.

Please note that the Notice requires a response to the allegations in the Complaint and the
response must be received not later than twenty (20) days after the date of service of the
Complaint.  Failure to file a response may result in inferences being drawn against your interests.

Sincerely,

Lisa R. Barton
Secretary

Enclosures:
1. Complaint
2. Notice of Investigation
3. Code of Federal Regulation
4. Publication Regarding the Section 337 Mediation Program
5. Certification of Receipt of Mediation Materials



## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436
October 14, 2020

Samsung Electronics HCMC CE Complex, Co., Ltd.
Lot I-11, D2 Road Saigon Hi-Tech Park
Tang Nhon Phu B Ward, District 9
Ho Chi Minh City, 700000
Vietnam

**Re:** **Certain Video Processing Devices, Components Thereof, and Digital Smart Televisions Containing the Same**
**Inv. No. 337-TA-1222**

Dear Sir/Madam:

This letter is to advise you that the United States International Trade Commission has instituted an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C. 1337). **Samsung Electronics HCMC CE Complex, Co., Ltd.** is a named respondent in this investigation.

We are hereby serving you with a copy of the Complaint and the Notice of Investigation issued in this matter. Enclosed is a copy of the Code of Federal Regulations. Also enclosed is a the Section 337 Mediation Program brochure. After reviewing this brochure, please sign and return the enclosed certification of receipt.

Please note that the Notice requires a response to the allegations in the Complaint and the response must be received not later than twenty (20) days after the date of service of the Complaint. Failure to file a response may result in inferences being drawn against your interests.

Sincerely,

Lisa R. Barton
Secretary

Enclosures:
1. Complaint
2. Notice of Investigation
3. Code of Federal Regulation
4. Publication Regarding the Section 337 Mediation Program
5. Certification of Receipt of Mediation Materials



## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436
October 14, 2020

LG Electronics Inc.
LG Twin Tower 128 Yeoui-daero, Yongdeungpo-gu
Seoul, 07336
South Korea

**Re:** **Certain Video Processing Devices, Components Thereof, and Digital Smart
Televisions Containing the Same
Inv. No. 337-TA-1222**

Dear Sir/Madam:

This letter is to advise you that the United States International Trade Commission has instituted
an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C. 1337). **LG
Electronics Inc.** is a named respondent in this investigation.

We are hereby serving you with a copy of the Complaint and the Notice of Investigation issued
in this matter. Enclosed is a copy of the Code of Federal Regulations. Also enclosed is a the
Section 337 Mediation Program brochure. After reviewing this brochure, please sign and return
the enclosed certification of receipt.

Please note that the Notice requires a response to the allegations in the Complaint and the
response must be received not later than twenty (20) days after the date of service of the
Complaint. Failure to file a response may result in inferences being drawn against your interests.

Sincerely,

Lisa R. Barton
Secretary

Enclosures:
1. Complaint
2. Notice of Investigation
3. Code of Federal Regulation
4. Publication Regarding the Section 337 Mediation Program
5. Certification of Receipt of Mediation Materials



## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436
October 14, 2020

LG Electronics USA, Inc.
1000 Sylvan Avenue
Englewood Cliffs, NJ 07632

**Re:**    **Certain Video Processing Devices, Components Thereof, and Digital Smart
Televisions Containing the Same
Inv.  No.  337-TA-1222**

Dear Sir/Madam:

This letter is to advise you that the United States International Trade Commission has instituted
an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C. 1337). **LG
Electronics USA, Inc.** is a named respondent in this investigation.

We are hereby serving you with a copy of the Complaint and the Notice of Investigation issued
in this matter.  Enclosed is a copy of the Code of Federal Regulations.  Also enclosed is a the
Section 337 Mediation Program brochure.  After reviewing this brochure, please sign and return
the enclosed certification of receipt.

Please note that the Notice requires a response to the allegations in the Complaint and the
response must be received not later than twenty (20) days after the date of service of the
Complaint.  Failure to file a response may result in inferences being drawn against your interests.

Sincerely,

Lisa R. Barton
Secretary

Enclosures:
1. Complaint
2. Notice of Investigation
3. Code of Federal Regulation
4. Publication Regarding the Section 337 Mediation Program
5. Certification of Receipt of Mediation Materials



# UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436
October 14, 2020

TCL Corporation
TCL Technology Building, No. 17 Huifeng 3rd Road, Zhongkai High-
Tech Development District
Huizhou, Guangdong, 516001
China

**Re:    Certain Video Processing Devices, Components Thereof, and Digital Smart
Televisions Containing the Same
Inv. No. 337-TA-1222**

Dear Sir/Madam:

This letter is to advise you that the United States International Trade Commission has instituted an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C. 1337). **TCL Corporation** is a named respondent in this investigation.

We are hereby serving you with a copy of the Complaint and the Notice of Investigation issued in this matter. Enclosed is a copy of the Code of Federal Regulations. Also enclosed is a the Section 337 Mediation Program brochure. After reviewing this brochure, please sign and return the enclosed certification of receipt.

Please note that the Notice requires a response to the allegations in the Complaint and the response must be received not later than twenty (20) days after the date of service of the Complaint. Failure to file a response may result in inferences being drawn against your interests.

Sincerely,

Lisa R. Barton
Secretary

Enclosures:
1. Complaint
2. Notice of Investigation
3. Code of Federal Regulation
4. Publication Regarding the Section 337 Mediation Program
5. Certification of Receipt of Mediation Materials



## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436
October 14, 2020

TCL Technology Group Corporation
TCL Technology Building, 22/F No. 17 Huifeng 3rd Road, Zhongkai
High-Tech Development District
Huizhou, Guangdong, 516001
China

**Re:     Certain Video Processing Devices, Components Thereof, and Digital Smart
Televisions Containing the Same
Inv. No. 337-TA-1222**

Dear Sir/Madam:

This letter is to advise you that the United States International Trade Commission has instituted
an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C. 1337). **TCL
Technology Group Corporation** is a named respondent in this investigation.

We are hereby serving you with a copy of the Complaint and the Notice of Investigation issued
in this matter. Enclosed is a copy of the Code of Federal Regulations. Also enclosed is a the
Section 337 Mediation Program brochure. After reviewing this brochure, please sign and return
the enclosed certification of receipt.

Please note that the Notice requires a response to the allegations in the Complaint and the
response must be received not later than twenty (20) days after the date of service of the
Complaint. Failure to file a response may result in inferences being drawn against your interests.

Sincerely,

Lisa R. Barton
Secretary

Enclosures:
1. Complaint
2. Notice of Investigation
3. Code of Federal Regulation
4. Publication Regarding the Section 337 Mediation Program
5. Certification of Receipt of Mediation Materials



## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436
October 14, 2020

TCL Electronics Holdings Limited
9 Floor, TCL Electronics Holdings Limited Building
TCL International E City
#1001 Zhongshan Park Road, Nanshan District
Shenzhen Guangdong, 518067
China

**Re:** **Certain Video Processing Devices, Components Thereof, and Digital Smart Televisions Containing the Same**
**Inv. No. 337-TA-1222**

Dear Sir/Madam:

This letter is to advise you that the United States International Trade Commission has instituted an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C. 1337). **TCL Electronics Holdings Limited** is a named respondent in this investigation.

We are hereby serving you with a copy of the Complaint and the Notice of Investigation issued in this matter. Enclosed is a copy of the Code of Federal Regulations. Also enclosed is a the Section 337 Mediation Program brochure. After reviewing this brochure, please sign and return the enclosed certification of receipt.

Please note that the Notice requires a response to the allegations in the Complaint and the response must be received not later than twenty (20) days after the date of service of the Complaint. Failure to file a response may result in inferences being drawn against your interests.

Sincerely,

Lisa R. Barton
Secretary

Enclosures:
1. Complaint
2. Notice of Investigation
3. Code of Federal Regulation
4. Publication Regarding the Section 337 Mediation Program
5. Certification of Receipt of Mediation Materials



## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436
October 14, 2020

TTE Technology, Inc.
1860 Compton Avenue
Corona, CA 92881

**Re:    Certain Video Processing Devices, Components Thereof, and Digital Smart
Televisions Containing the Same
Inv.  No.  337-TA-1222**

Dear Sir/Madam:

This letter is to advise you that the United States International Trade Commission has instituted an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C. 1337). **TTE Technology, Inc.** is a named respondent in this investigation.

We are hereby serving you with a copy of the Complaint and the Notice of Investigation issued in this matter.  Enclosed is a copy of the Code of Federal Regulations.  Also enclosed is a the Section 337 Mediation Program brochure.  After reviewing this brochure, please sign and return the enclosed certification of receipt.

Please note that the Notice requires a response to the allegations in the Complaint and the response must be received not later than twenty (20) days after the date of service of the Complaint.  Failure to file a response may result in inferences being drawn against your interests.

Sincerely,

Lisa R. Barton
Secretary

Enclosures:
1. Complaint
2. Notice of Investigation
3. Code of Federal Regulation
4. Publication Regarding the Section 337 Mediation Program
5. Certification of Receipt of Mediation Materials



## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436
October 14, 2020

Shenzhen TCL New Technologies Co. Ltd.
9 Floor, TCL Electronics Holdings Limited Building
TCL International E City
#1001 Zhongshan Park Road
Nanshan District, Shenzhen Guangdong, 518067
China

**Re:**    **Certain Video Processing Devices, Components Thereof, and Digital Smart
Televisions Containing the Same
Inv. No. 337-TA-1222**

Dear Sir/Madam:

This letter is to advise you that the United States International Trade Commission has instituted an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C. 1337). **Shenzhen TCL New Technologies Co. Ltd.** is a named respondent in this investigation.

We are hereby serving you with a copy of the Complaint and the Notice of Investigation issued in this matter. Enclosed is a copy of the Code of Federal Regulations. Also enclosed is a the Section 337 Mediation Program brochure. After reviewing this brochure, please sign and return the enclosed certification of receipt.

Please note that the Notice requires a response to the allegations in the Complaint and the response must be received not later than twenty (20) days after the date of service of the Complaint. Failure to file a response may result in inferences being drawn against your interests.

Sincerely,

Lisa R. Barton
Secretary

Enclosures:
1. Complaint
2. Notice of Investigation
3. Code of Federal Regulation
4. Publication Regarding the Section 337 Mediation Program
5. Certification of Receipt of Mediation Materials



## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436
October 14, 2020

TCL King Electrical Appliances (Huizhou) Co. Ltd.
No. 78, 4th Huifeng Rd, Zhongkai New & High-Tech Industries
Development Zone
Huizhou, Guangdong, 516006
China

**Re:    Certain Video Processing Devices, Components Thereof, and Digital Smart
Televisions Containing the Same
Inv.  No.  337-TA-1222**

Dear Sir/Madam:

This letter is to advise you that the United States International Trade Commission has instituted
an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C. 1337). **TCL King
Electrical Appliances (Huizhou) Co. Ltd.** is a named respondent in this investigation.

We are hereby serving you with a copy of the Complaint and the Notice of Investigation issued
in this matter.  Enclosed is a copy of the Code of Federal Regulations.  Also enclosed is a the
Section 337 Mediation Program brochure.  After reviewing this brochure, please sign and return
the enclosed certification of receipt.

Please note that the Notice requires a response to the allegations in the Complaint and the
response must be received not later than twenty (20) days after the date of service of the
Complaint.  Failure to file a response may result in inferences being drawn against your interests.

Sincerely,

Lisa R. Barton
Secretary

Enclosures:
1. Complaint
2. Notice of Investigation
3. Code of Federal Regulation
4. Publication Regarding the Section 337 Mediation Program
5. Certification of Receipt of Mediation Materials



# UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436

October 14, 2020

TCL MOKA International Limited
7/F Hong Kong Science Park, Bldg 22E, 22 Science Park East Avenue
Sha Tin, New Territories,
Hong Kong

**Re:**   **Certain Video Processing Devices, Components Thereof, and Digital Smart Televisions Containing the Same**
       **Inv.  No.  337-TA-1222**

Dear Sir/Madam:

This letter is to advise you that the United States International Trade Commission has instituted an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C. 1337).  **TCL MOKA International Limited** is a named respondent in this investigation.

We are hereby serving you with a copy of the Complaint and the Notice of Investigation issued in this matter.  Enclosed is a copy of the Code of Federal Regulations.  Also enclosed is a the Section 337 Mediation Program brochure.  After reviewing this brochure, please sign and return the enclosed certification of receipt.

Please note that the Notice requires a response to the allegations in the Complaint and the response must be received not later than twenty (20) days after the date of service of the Complaint.  Failure to file a response may result in inferences being drawn against your interests.

Sincerely,

Lisa R. Barton
Secretary

Enclosures:
1. Complaint
2. Notice of Investigation
3. Code of Federal Regulation
4. Publication Regarding the Section 337 Mediation Program
5. Certification of Receipt of Mediation Materials



## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436
October 14, 2020

TCL Smart Device (Vietnam) Co., Ltd
No. 26 VSIP II-A, Street 32, Vietnam Singapore Industrial Park
II-A, Tan Binh Commune
Bac Tan Uyen District, Binh Duong Province,  75000
Vietnam

**Re:    Certain Video Processing Devices, Components Thereof, and Digital Smart
Televisions Containing the Same
Inv.  No.  337-TA-1222**

Dear Sir/Madam:

This letter is to advise you that the United States International Trade Commission has instituted
an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C. 1337). **TCL Smart
Device (Vietnam) Co., Ltd** is a named respondent in this investigation.

We are hereby serving you with a copy of the Complaint and the Notice of Investigation issued
in this matter.  Enclosed is a copy of the Code of Federal Regulations.  Also enclosed is a the
Section 337 Mediation Program brochure.  After reviewing this brochure, please sign and return
the enclosed certification of receipt.

Please note that the Notice requires a response to the allegations in the Complaint and the
response must be received not later than twenty (20) days after the date of service of the
Complaint.  Failure to file a response may result in inferences being drawn against your interests.

Sincerely,

Lisa R. Barton
Secretary

Enclosures:
1. Complaint
2. Notice of Investigation
3. Code of Federal Regulation
4. Publication Regarding the Section 337 Mediation Program
5. Certification of Receipt of Mediation Materials



## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436
October 14, 2020

MediaTek Inc.
No. 1, Dusing 1st Road Hsinchu Science Park
Hsinchu City,  30078
Taiwan

**Re:     Certain Video Processing Devices, Components Thereof, and Digital Smart Televisions Containing the Same
Inv.  No.  337-TA-1222**

Dear Sir/Madam:

This letter is to advise you that the United States International Trade Commission has instituted an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C. 1337). **MediaTek Inc.** is a named respondent in this investigation.

We are hereby serving you with a copy of the Complaint and the Notice of Investigation issued in this matter.  Enclosed is a copy of the Code of Federal Regulations.  Also enclosed is a the Section 337 Mediation Program brochure.  After reviewing this brochure, please sign and return the enclosed certification of receipt.

Please note that the Notice requires a response to the allegations in the Complaint and the response must be received not later than twenty (20) days after the date of service of the Complaint.  Failure to file a response may result in inferences being drawn against your interests.

Sincerely,

Lisa R. Barton
Secretary

Enclosures:
1. Complaint
2. Notice of Investigation
3. Code of Federal Regulation
4. Publication Regarding the Section 337 Mediation Program
5. Certification of Receipt of Mediation Materials



## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436
October 14, 2020

MediaTek USA Inc.
2840 Junction Avenue
San Jose, CA 95134

**Re:    Certain Video Processing Devices, Components Thereof, and Digital Smart
Televisions Containing the Same
Inv.  No.  337-TA-1222**

Dear Sir/Madam:

This letter is to advise you that the United States International Trade Commission has instituted an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C. 1337). **MediaTek USA Inc.** is a named respondent in this investigation.

We are hereby serving you with a copy of the Complaint and the Notice of Investigation issued in this matter.  Enclosed is a copy of the Code of Federal Regulations.  Also enclosed is a the Section 337 Mediation Program brochure.  After reviewing this brochure, please sign and return the enclosed certification of receipt.

Please note that the Notice requires a response to the allegations in the Complaint and the response must be received not later than twenty (20) days after the date of service of the Complaint.  Failure to file a response may result in inferences being drawn against your interests.

Sincerely,

Lisa R. Barton
Secretary

Enclosures:
1. Complaint
2. Notice of Investigation
3. Code of Federal Regulation
4. Publication Regarding the Section 337 Mediation Program
5. Certification of Receipt of Mediation Materials



## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436
October 14, 2020

MStar Semiconductor, Inc.
4F-1, No. 26, Tai-Yuan St. ChuPei City
Hsinchu Hsien, 302
Taiwan

**Re:** **Certain Video Processing Devices, Components Thereof, and Digital Smart
Televisions Containing the Same
Inv. No. 337-TA-1222**

Dear Sir/Madam:

This letter is to advise you that the United States International Trade Commission has instituted an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C. 1337). **MStar Semiconductor, Inc.** is a named respondent in this investigation.

We are hereby serving you with a copy of the Complaint and the Notice of Investigation issued in this matter. Enclosed is a copy of the Code of Federal Regulations. Also enclosed is a the Section 337 Mediation Program brochure. After reviewing this brochure, please sign and return the enclosed certification of receipt.

Please note that the Notice requires a response to the allegations in the Complaint and the response must be received not later than twenty (20) days after the date of service of the Complaint. Failure to file a response may result in inferences being drawn against your interests.

Sincerely,

Lisa R. Barton
Secretary

Enclosures:
1. Complaint
2. Notice of Investigation
3. Code of Federal Regulation
4. Publication Regarding the Section 337 Mediation Program
5. Certification of Receipt of Mediation Materials



## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436
October 14, 2020

Realtek Semiconductor Corp.
No. 2, Innovation Road II Hsinchu Science Park
Hsinchu,  300
Taiwan

Re:     **Certain Video Processing Devices, Components Thereof, and Digital Smart
        Televisions Containing the Same
        Inv.  No.  337-TA-1222**

Dear Sir/Madam:

This letter is to advise you that the United States International Trade Commission has instituted
an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C. 1337). **Realtek
Semiconductor Corp.** is a named respondent in this investigation.

We are hereby serving you with a copy of the Complaint and the Notice of Investigation issued
in this matter.  Enclosed is a copy of the Code of Federal Regulations.  Also enclosed is a the
Section 337 Mediation Program brochure.  After reviewing this brochure, please sign and return
the enclosed certification of receipt.

Please note that the Notice requires a response to the allegations in the Complaint and the
response must be received not later than twenty (20) days after the date of service of the
Complaint.  Failure to file a response may result in inferences being drawn against your interests.

Sincerely,

Lisa R. Barton
Secretary

Enclosures:
1. Complaint
2. Notice of Investigation
3. Code of Federal Regulation
4. Publication Regarding the Section 337 Mediation Program
5. Certification of Receipt of Mediation Materials



## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436

October 14, 2020

Embassy of Vietnam
1233 20th St NW #400
Washington, DC 20036

Re:     **Certain Video Processing Devices, Components Thereof, and Digital Smart
        Televisions Containing the Same
        Inv.  No.  337-TA-1222**

Dear Sir/Madam:

This letter is to advise you that the United States International Trade Commission has
instituted an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C.
1337).  One or more of the parties named in the investigation is located in **Vietnam**.

Pursuant to Commission Rule 210.11(a) (3), we are hereby serving you with a copy of
the Complaint filed in this investigation together with a copy of the Commission's Notice
of Investigation.

Sincerely,

Lisa R. Barton
Secretary

Enclosures:
  1. Complaint
  2. Notice of Investigation



## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436

October 14, 2020

Embassy of the People's Republic of China in the United States of America
3505 International Pl NW
Washington, DC 20008

**Re:    Certain Video Processing Devices, Components Thereof, and Digital Smart
        Televisions Containing the Same
        Inv.  No.  337-TA-1222**

Dear Sir/Madam:

This letter is to advise you that the United States International Trade Commission has
instituted an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C.
1337).  One or more of the parties named in the investigation is located in **China**.

Pursuant to Commission Rule 210.11(a) (3), we are hereby serving you with a copy of
the Complaint filed in this investigation together with a copy of the Commission's Notice
of Investigation.

Sincerely,

Lisa R. Barton
Secretary

Enclosures:
   1.  Complaint
   2.  Notice of Investigation



## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436

October 14, 2020

Embassy of the Republic of Korea
2450 Massachusetts Ave NW
Washington, DC 20008

**Re:** **Certain Video Processing Devices, Components Thereof, and Digital Smart
Televisions Containing the Same
Inv.  No.  337-TA-1222**

Dear Sir/Madam:

This letter is to advise you that the United States International Trade Commission has
instituted an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C.
1337).  One or more of the parties named in the investigation is located in **Korea**.

Pursuant to Commission Rule 210.11(a) (3), we are hereby serving you with a copy of
the Complaint filed in this investigation together with a copy of the Commission's Notice
of Investigation.

Sincerely,

Lisa R. Barton
Secretary

Enclosures:
 1.  Complaint
 2.  Notice of Investigation

October 14, 2020

**Hong Kong Economic and Trade Office**
**1520 18th Street, NW**
**Washington, DC 20036**

Re:    **Certain Video Processing Devices, Components Thereof, and Digital Smart**
        **Televisions Containing the Same**
        **Inv.  No. 337-TA-1222**

Dear Sir/Madam:

This letter is to advise you that the United States International Trade Commission has instituted an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C. 1337).  One or more of the parties named in the investigation is located in **Hong Kong**.

Pursuant to Commission Rule 210.11(a) (3), we are hereby serving you with a copy of the Complaint filed in this investigation together with a copy of the Commission's Notice of Investigation.

        Sincerely,

        Lisa R. Barton

Enclosures:
    1.  Complaint
    2.  Notice of Investigation

October 14, 2020

**Taipei Economic & Cultural Representative Office**
**4201 Wisconsin Avenue, NW**
**Washington, DC 20016**

Re:    **Certain Video Processing Devices, Components Thereof, and Digital Smart**
       **Televisions Containing the Same**
       **Inv.  No. 337-TA-1222**

Dear Sir/Madam:

This letter is to advise you that the United States International Trade Commission has
instituted an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C.
1337).  One or more of the parties named in the investigation is located in **Taiwan**.

Pursuant to Commission Rule 210.11(a) (3), we are hereby serving you with a copy of
the Complaint filed in this investigation together with a copy of the Commission's Notice
of Investigation.

Sincerely,

Lisa R. Barton

Enclosures:
1. Complaint
2. Notice of Investigation



# UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436

October 14, 2020

Lynda Marshall
International Section
Antitrust Division
U.S. Dept of Justice
450 5th Street NW, Room 11000
Washington, DC 20530

**Re:     Certain Video Processing Devices, Components Thereof, and Digital Smart Televisions Containing the Same
Inv.  No.  337-TA-1222**

Dear Ms. Marshall:

This letter is to advise you that the United States International Trade Commission has instituted an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C. 1337).  A copy of the Notice of Investigation is enclosed.  Non-confidential copies of the Complaint and any supplements filed in the investigation will be provided upon request. Requests should be directed to Docket Services at (202) 205-1802.

If you have any questions concerning this investigation, please contact the Commission Investigative Attorney whose name and telephone number appear in the enclosed Notice.

Sincerely,

Lisa R. Barton
Secretary

Enclosure:
    1.  Notice of Investigation



## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436

October 14, 2020

Intellectual Property Rights Branch
Regulations and Rulings
Office of International Trade
U.S. Customs and Border Protection
90 K Street, NE, 10th floor
Washington, DC 20229-1177

**Re:    Certain Video Processing Devices, Components Thereof, and Digital Smart
Televisions Containing the Same
Inv.  No.  337-TA-1222**

Dear Sir/Madam:

This letter is to advise you that the United States International Trade Commission has
instituted an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C.
1337).  A copy of the Notice of Investigation is enclosed.  Non-confidential copies of the
Complaint and any supplements filed in the investigation will be provided upon request.
Requests should be directed to Docket Services at (202) 205-1802.

If you have any questions concerning this investigation, please contact the Commission
Investigative Attorney whose name and telephone number appear in the enclosed Notice.

Sincerely,

Lisa R. Barton
Secretary

Enclosure:
   1.  Notice of Investigation

October 14, 2020



## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436

Elizabeth Kraus, Deputy Director
International Antitrust, Office of
International Affairs
Federal Trade Commission
600 Pennsylvania Avenue, Room 498
Washington, DC 20580

**Re:   Certain Video Processing Devices, Components Thereof, and Digital Smart
Televisions Containing the Same
Inv.  No.  337-TA-1222**

Dear Ms. Kraus:

This letter is to advise you that the United States International Trade Commission has
instituted an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C.
1337).  A copy of the Notice of Investigation is enclosed.  Non-confidential copies of the
Complaint and any supplements filed in the investigation will be provided upon request.
Requests should be directed to Docket Services at (202) 205-1802.

If you have any questions concerning this investigation, please contact the Commission
Investigative Attorney whose name and telephone number appear in the enclosed Notice.

Sincerely,

Lisa R. Barton
Secretary

Enclosure:
    1.  Notice of Investigation



## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436

October 14, 2020

Dale D. Berkley, Ph.D., J.D.
Office of the General Counsel, PHD, NIH Branch
National Institutes of Health
31 Center Drive
Bldg. 31, Rm. 47
Bethesda, MD  20892

**Re:     Certain Video Processing Devices, Components Thereof, and Digital Smart
          Televisions Containing the Same
          Inv.  No.  337-TA-1222**

Dear Mr. Berkley:

This letter is to advise you that the United States International Trade Commission has
instituted an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C.
1337).  A copy of the Notice of Investigation is enclosed.  Non-confidential copies of the
Complaint and any supplements filed in the investigation will be provided upon request.
Requests should be directed to Docket Services at (202) 205-1802.

If you have any questions concerning this investigation, please contact the Commission
Investigative Attorney whose name and telephone number appear in the enclosed Notice.

Sincerely,

Lisa R. Barton
Secretary

Enclosure:
    1.  Notice of Investigation