# EXHIBIT C

UNITED STATES INTERNATIONAL TRADE COMMISSION

Washington, D.C.

| | |
|---|---|
| **In the Matter of**<br><br>**CERTAIN VIDEO PROCESSING DEVICES, COMPONENTS THEREOF, AND DIGITAL SMART TELEVISIONS CONTAINING THE SAME** | Inv. No. 337-TA-1222 |

ORDER NO. 11:    ADOPTING A PROCEDURAL SCHEDULE, EXHIBIT A, WITH A DEADLINE FOR FILING MOTIONS TO COMPEL OF NO LATER THAN FEBRUARY 5, 2021

(November 10, 2020)

On November 6, 2020, the Parties to this Investigation submitted a "Joint Proposed Procedural Schedule" in which the Parties filled in certain dates in a proposed schedule that was attached as Attachment A to Order No. 4. (Order No. 4 (Oct. 27, 2020).). In their Joint Proposed Procedural Schedule, Exhibit A, the Parties agreed upon all of the discretionary dates that were left to them to decide upon except for one date: the deadline for the Parties to file Motions to Compel. (Joint Proposed Procedural Schedule at 2, 3; Ex. A.).

Complainant proposed a deadline date for Motions to Compel of no later than February 12, 2021 while Respondents proposed a deadline date of no later than February 5, 2021. (*Id*.; Ex. A at 3.). Respondents explained that Complainant's proposed deadline poses a problem for many of Respondents who celebrate the Lunar New Year holiday. (Joint Proposed Procedural Schedule at 3.). Depending upon the country, Lunar New Year falls between February 8, 2021 and February 17, 2021. (*Id*.). While Complainant's proposal otherwise might be reasonable, the problem for many of Respondents is obvious: Complainant's proposed deadline could interfere with many of the Respondents' celebration of the Lunar New Year (dates vary by country).

Accordingly, I am adopting Respondents' proposed date of no later than February 5, 2021 for the Parties to file Motions to Compel. (*See* Ex. A hereto, Adopted Procedural Schedule.).

The other dates the Parties agreed upon appear to be reasonable and are adopted as part of the Adopted Procedural Schedule, Exhibit A hereto, that will apply unless there is a modification.

There may be another issue, depending upon one's interpretation of the Parties' Joint Proposed Procedural Schedule discussion. That is the Parties' agreement, or seeming lack thereof, on a schedule for making witnesses available for depositions.

It is advisable that the Parties reach an agreement on a deposition schedule and the completion of depositions well before the deadline for Motions to Compel. Later depositions are better left to exigency and leave.

**SO ORDERED.**

MaryJoan McNamara
Administrative Law Judge

Inv. No. 337-TA-1222, Order No. 11
Adopted Procedural Schedule & Dates

## EXHIBIT A TO ORDER NO. 11

### Inv. No. 337-TA-1222

### ADOPTED PROCEDURAL SCHEDULE

| Event | Date(s) |
|---|---|
| **Parties File their Proposed Procedural Schedule and Identify USPTO/PTO Proceedings as well as State and Federal Litigation that is relevant to this Investigation** | **November 2, 2020** |
| Deadline for Propounding First Set of Interrogatories (All Parties) | October 23, 2020 (Completed) |
| Deadline for Propounding First Request for Production of Documents (All Parties. Must be same date as for First Set of Interrogatories) | October 23, 2020 (Completed) |
| Deadline for Respondents' Objections and Responses to Complainant's First Set of Interrogatories and Request for Production of Documents (Must be the same date as Complainant's due date) | November 4, 2020 (unless extended)[1] |
| Deadline for Complainant's Objections and Responses to Respondents' First Joint Set of Interrogatories and Request for Production of Documents | November 4, 2020 (unless extended) |
| Complainant Files Notice of Patent Priority Dates/Dates of Conception | November 12, 2020 |
| Deadline for Propounding Initial Contention Interrogatories | November 23, 2020 |
| File Identification of Expert Witnesses, which should include a statement of their Expertise in the subject matter together with Curriculum Vitae | December 2, 2020 |
| **Discovery Management Teleconference** | **December 3, 2020 at 2:00 pm** |

---

[1] Complainant and the Samsung Respondents agreed that the deadline for Samsung's Objections and Responses to Complainant's First Set of Interrogatories and Requests for Production of Documents will be November 9, 2020.

1

| Event | Date(s) |
|---|---|
| Deadline for Disclosure of Domestic Industry Products | December 9, 2020 |
| Parties Exchange List of Patent Claim Terms for Construction | December 9, 2020 |
| **Deadline for completion of First Settlement Conference and Submission of First Joint Settlement Conference Report** | **By December 20, 2020** |
| Complainant and Respondents Provide Each Other with Their Proposed Construction of Disputed Claim Terms | December 23, 2020 |
| Parties Meet and Confer to Attempt to Limit Claim Terms and Claim Term Disputes | January 6, 2021 |
| Respondents File Notice of Prior Art | January 8, 2021 |
| Parties to Exchange Proposed *Markman* Exhibit Lists and Exhibits (Except for Expert Declarations and Demonstratives) (Per Ground Rule 1.14.3.1) | January 8, 2021 |
| **File Joint Claim Construction Chart** | **January 12, 2021** |
| File Tentative List of Witnesses a Party Will Call to Testify at the Evidentiary Hearing, with an Identification of Each Witness's Relationship to the Party | January 13, 2021 |
| Deadline for Initial Disclosure of Invalidity Contentions. Parties to seasonably supplement initial responses according to the rules. | January 15, 2021 |
| Deadline for Initial Disclosure of Infringement Contentions. Parties to seasonably supplement initial responses according to the rules. | January 15, 2021 |
| Deadline for Initial Disclosure of Domestic Industry Contentions. Parties to seasonably supplement initial responses according to the rules. | January 15, 2021 |
| **Parties File a Joint List Showing Each Party's Proposed Construction of Disputed Claim Terms, with Initial Claim Construction Briefs by All Parties Explaining Their Initial Claim Constructions and Expert Declarations (If Applicable)** | **January 19, 2021** |
| **Deadline to File *Markman* Hearing Proposals (Including Final Proposed *Markman* Exhibit Lists)** | **January 19, 2021** |

| Event | Date(s) |
|---|---|
| **Discovery Management Teleconference** | **January 21, 2021 at 2:00 p.m.** |
| Deadline for Preliminarily Responding to Contention Interrogatories on which a party bears the burden of proof (other than invalidity, infringement, and domestic industry).  Parties to seasonably supplement initial responses according to the rules. | January 22, 2021 |
| Technology Stipulation Deadline | February 4, 2021 |
| Deadline for Initial Responses to Contention Interrogatories for Which the Receiving Party Does Not Bear the Burden of Proof.  Parties to seasonably supplement initial responses according to the rules. | February 5, 2021 |
| *Markman* Hearing (If Ordered)<br><br>(Parties Should Provide Thumb Drive of Tutorials if Included in *Markman* Hearing and the Pandemic Evacuation is Over; Otherwise as Described in Order) | **Week of February 8, 2021** |
| Last Day to File Motions to Compel Discovery<br><br>(At Least Three (3) Weeks Before the Close of Discovery Without Leave and Explanation Why A Motion Was Not Filed Earlier) | February 5, 2021 |
| **File Joint Chart Setting Forth Parties' Post-Hearing Claim Constructions (Per Ground Rule 1.14)** | **February 16, 2021** |
| Fact Discovery Cutoff and Completion | March 5, 2021 |
| Exchange of Initial Expert Reports (Identify Tests/Surveys/Data) (Send copies to McNamara337@usitc.gov) | March 12, 2021 |
| Attendance at One-day Mediation Session' | March 19, 2021 |
| Exchange of Rebuttal Expert Reports (Send copies to McNamara337@usitc.gov) | March 26, 2021 |
| Expert Discovery Cutoff and Completion | April 9, 2021 |

| Event | Date(s) |
|---|---|
| Parties Exchange Hearing Exhibit Lists (Most likely, Tentative) | April 16, 2021 |
| **Complainant and Respondents File Pre-Hearing Statements and Briefs** | **April 22, 2021** |
| File Motions for Receipt of Evidence Without a Witness | April 26, 2021 |
| **Submission of Mediation Report** | **(Within 7 days of Mediation)** |
| **Last Day to File Summary Determination Motions**[2] | **April 29, 2021** |
| Parties file Joint Outline of Issues/Contentions from Pre-Hearing Briefs (Per Ground Rule 7.3) | April 29, 2021 |
| Submission of Declarations Justifying Confidentiality of Exhibits | May 4, 2021 |
| **Last day to file Motions *in Limine*** | **May 5, 2021** |
| **Last day to file High Priority Objections** | **May 5, 2021** |
| **File Responses to Motions *in Limine*** | **May 12, 2021** |
| **File Responses to High Priority Objections** | **May 12, 2021** |
| **File on EDIS any Stipulations Regarding Exchange of Demonstratives for Evidentiary Hearing and Any Other Stipulations Into Which the Parties Enter** | **June 15, 2021** |
| **Pre-Hearing Conference** | **July 7, 2021** |
| Evidentiary Hearing (Starting with Tutorials, as Parties Propose)(June dates should be reserved) | **9:30 a.m., July 7-9, 12-15, 2021** |
| Last Day to Submit Final Exhibits, by Appointment. All Exhibits Should be Properly Labeled. (Follow the Ground Rules) | **No more than four (4) business days after hearing** |

4

| Event | Date(s) |
|---|---|
| **Complainant and Respondents File Initial Post-Hearing Briefs (Only On Issues For Which The Party Bears The Burden Of Proof) and Final Exhibit Lists** | **July 30, 2021** |
| **Submit Final JOINT Direct and Rebuttal Exhibits (via Flash Drive)** | **July 30, 2021** |
| **Complainant and Respondents File Reply Post-Hearing Briefs (Only On Issues Discussed In The Initial Post-Hearing Brief of an Opposing Party)** | **August 6, 2021** |
| **Parties File Outline of Issues, Tracing Arguments/Contentions from Pre-Hearing Through Post-Hearing Reply Briefs (Include Contentions/Arguments That Have Been Dropped, Per Ground Rule 7.3)** | **August 10, 2021** |
| **Final ID due** | **December 3, 2021** |
| **Target Date** | **April 4, 2022** |

105041771v.1

| | |
|---|---|
| CERTAIN VIDEO PROCESSING DEVICES, COMPONENTS THEREOF, AND DIGITAL SMART TELEVISIONS CONTAINING THE SAME | Inv. No. 337-TA-1222 |

## PUBLIC CERTIFICATE OF SERVICE

I, Lisa R. Barton, hereby certify that the attached **ORDER** has been served upon the following parties as indicated, on **November 10, 2020.**

Lisa R. Barton, Secretary
U.S. International Trade Commission
500 E Street, SW, Room 112
Washington, DC  20436

**On Behalf of Complainant DivX, LLC:**

Adam Rizk, Esq.
**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC**
One Financial Center
Boston, MA 02111
Email: ARizk@mintz.com

☐ Via Hand Delivery
☐ Via Express Delivery
☐ Via First Class Mail
☒ Other: Email Notification
of Availability for Download

**On Behalf of Respondents Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Electronics HCMC CE Complex, Co., Ltd.:**

Stephen Marshall, Esq.
**FISH & RICHARDSON P.C.**
1000 Maine Avenue, S.W., Suite 1000
Washington, DC 20024
Email: smarshall@fr.com

☐ Via Hand Delivery
☐ Via Express Delivery
☐ Via First Class Mail
☒ Other: Email Notification
of Availability for Download

**On Behalf of Respondents TCL Corporation, TCL Technology Group Corporation, TCL Electronics Holdings Limited, TTE Technology, Inc., Shenzhen TCL New Technologies Co. Ltd., TCL King Electrical Appliances (Huizhou) Co. Ltd., TCL MOKA International Limited, and TCL Smart Device (Vietnam) Co., Ltd.:**

Lyle B. Vander Schaaf, Esq.
**BRINKS GILSON & LIONE**
1775 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006
Email: lvanderschaaf@brinksgilson.com

☐ Via Hand Delivery
☐ Via Express Delivery
☐ Via First Class Mail
☒ Other: Email Notification
of Availability for Download

| | |
|---|---|
| **CERTAIN VIDEO PROCESSING DEVICES, COMPONENTS THEREOF, AND DIGITAL SMART TELEVISIONS CONTAINING THE SAME** | Inv. No. 337-TA-1222 |

Certificate of Service – Page 2

**On Behalf of Respondent Realtek Semiconductor Corp.:**

Theodore J. Angelis, Esq.
**K&L GATES LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Email: theo.angelis@klgates.com

☐ Via Hand Delivery
☐ Via Express Delivery
☐ Via First Class Mail
☒ Other: Email Notification of Availability for Download

**On Behalf of Respondents LG Electronics Inc. and LG Electronics U.S.A., Inc.:**

Smith R. Brittingham IV, Esq.
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP**
901 New York Avenue, NW
Washington, DC 20001
Email: smith.brittingham@finnegan.com

☐ Via Hand Delivery
☐ Via Express Delivery
☐ Via First Class Mail
☒ Other: Email Notification of Availability for Download

**On Behalf of Respondents Respondents MediaTek Inc., MediaTek USA Inc., and MStar Semiconductor, Inc.:**

S. Alex Lasher, Esq.
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
1300 I Street, NW, Suite 900
Washington, DC 20005
Email: alexlasher@quinnemanuel.com

☐ Via Hand Delivery
☐ Via Express Delivery
☐ Via First Class Mail
☒ Other: Email Notification of Availability for Download