# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIVX, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LG ELECTRONICS INC.; LG ELECTRONICS U.S.A., INC., and REALTEK SEMICONDUCTOR CORP.,<br><br>　　　　Defendants. | C.A. No.: 20-cv-1202-CFC-JLH<br><br>JURY TRIAL DEMANDED |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ALTERNATE SERVICE

This __th day of March, 2021, the Court having considered Plaintiff DivX's Motion to Stay Pending Final Determination by the ITC of Investigation No. 337-TA-1222, and having concluded that good grounds exist for the requested relief; now therefore, **IT IS HEREBY ORDERED** that the foregoing motion is granted, and that all proceedings in this action are stayed as to the Realtek Defendant pending final determination of the United States International Trade Commission in the investigation titled *Certain Video Processing Devices, Components Thereof, and Digital Smart Televisions Containing the Same*, Inv. No. 337-TA-1222.

　　**IT IS SO ORDERED** this _____ day of _____, 2021

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　The Honorable Jennifer L. Hall
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge