## RULE 7.1.1 CERTIFICATION

The undersigned hereby certifies that, after conferring with defense counsel, Defendant opposes the relief requested in the foregoing motion.

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)