# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| DIVX, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>LG ELECTRONICS INC.; LG ELECTRONICS U.S.A., INC., and REALTEK SEMICONDUCTOR CORP.,<br><br>    Defendants. | C.A. No. 20-cv-1202-CFC-JLH |

## DEFENDANT REALTEK SEMICONDUCTOR CORP.'S NOTICE OF APPEAL

Defendant Realtek Semiconductor Corp. respectfully appeals, to the United States Court of Appeals for the Federal Circuit, the MEMORANDUM ORDER Granting Defendant's Motion to Dismiss Without Prejudice entered on June 4, 2024.

Dated: July 5, 2024

**K&L GATES LLP**

*/s/ Steven L. Caponi*
Steven L. Caponi (No. 3484)
Matthew B. Goeller (No. 6283)
600 N. King Street, Suite 901
Wilmington, DE 19801
Phone: (302) 416-7000
steven.caponi@klgates.com
matthew.goeller@goeller.com

Of Counsel:

K&L GATES LLP
Theodore J. Angelis
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Phone: (206) 623-7580
theo.angelis@klgates.com

*Attorneys for Defendant Realtek Semiconductor Corp.*